1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| NETWORK-1 TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> TP-LINK USA CORPORATION, <br><br> Defendant. | Case No. 8:22-cv-01980 CJC (JDEx) <br><br> **ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** <br><br> Judge: Hon. Cormac J. Carney |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 | Upon consideration of the parties' Second Stipulation to Extend Time to Respond to the Initial Complaint,

IT IS HEREBY ORDERED that the stipulation is GRANTED.

Defendant shall have up to and including **January 30, 2023**, to respond to Plaintiff's Initial Complaint.

Dated: December 13, 2022

Hon. Cormac J. Carney
United States District Court Judge